

NUMBER 13-09-00072-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

SPECIALTY BUILDERS AND DESIGNS
AND FELIPE GUERRERO, JR.,                                                Appellants,

v.

JESUS AND DALILA LUCIO,                                                   Appellees.

---

On Appeal from the 357th District Court
of Cameron County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam**

Appellants, Specialty Builders and Designs and Felipe Guerrero, Jr., perfected an

appeal from a judgment entered by the 357th District Court of Cameron County, Texas, in

cause number 2005-05-2850-E. Appellants have filed an unopposed motion to dismiss the

appeal on grounds that all issues in controversy between the parties have been resolved. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 23rd day of July, 2009.